IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JONATHAN EUGENE THOMAS,    )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      3:22cv662-MHT
                           )          (WO)
JAKE JACKSON, et al.,      )
                           )
     Defendants.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit raising constitutional claims concerning the issuance of search and arrest warrants that he contends were fraudulent and false. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's conspiracy claims be dismissed with prejudice for failure to state a claim; that all claims against the defendant judge be dismissed with prejudice on the basis of judicial immunity; and that the case be referred back to the magistrate judge for further proceedings on the malicious-prosecution claim against

the two remaining defendants.  There are no objections to the recommendation.  After an independent and de novo review of the record, and because there are no objections to the dismissal with prejudice, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2023.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**