IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JONATHAN EUGENE THOMAS,    )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      3:22cv662-MHT
                           )           (WO)
JAKE JACKSON, et al.,      )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) Plaintiff's conspiracy claims are dismissed with prejudice for failure to state a claim.

(3) Plaintiff's claims against defendant Judge Walter Gray are dismissed with prejudice on the basis of judicial immunity, and defendant Gray is terminated as a party to this case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the magistrate judge for further proceedings on the malicious-prosecution claim against the remaining defendants.

DONE, this the 20th day of April, 2023.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**