IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JONATHAN EUGENE THOMAS,      )
                             )
      Plaintiff,             )
                             )       CIVIL ACTION NO.
      v.                     )        3:22cv662-MHT
                             )            (WO)
JAKE JACKSON and DONALD      )
CARTER,                      )
                             )
      Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit against two Russell County Sheriff's investigators, challenging his arrest on charges of unlawful distribution and possession of a controlled substance. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2025.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE